IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAUREN ELLINGSON and ANITA ELLINGSON, | ) ) ) | CASE NO.  8:06-CV-00243 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, BALBOA LLOYDS INSURANCE COMPANY and GMC MORTGAGE CORPORATION, | ) ) ) ) ) | |
| Defendants. | ) | |

Considering the Motion for Enlargement of Time, Filing No. 9, the file shows that the original date for filing the Rule 26 meeting report of the parties was April 7, 2006.  For good cause shown,

IT IS ORDERED:

1. The Motion for Enlargement of Time is granted.

2. The parties are granted until April 21, 2006, to file the Rule 26 meeting report.

DATED April 14, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge