## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAUREN ELLINGSON and ANITA ELLINGSON,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **8:06CV243** |
| vs. | ) ) | **ORDER** |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY, BALBOA LLOYDS INSURANCE COMPANY and GMAC MORTGAGE CORPORATION,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

On April 11, 2007, the parties filed a stipulation [30] advising that plaintiffs reached settlement with defendants Balboa Lloyds Insurance Company and GMAC Mortgage Corporation; however, the Second Amended Complaint will remain pending as to defendant Liberty Mutual Fire Insurance Company.

Accordingly,

**IT IS ORDERED**:

1. The Mediation Reference Order [28] is withdrawn, the stay is lifted, and this matter is returned to the active trial docket.

2. If they have not already done so[1], the remaining parties shall serve their initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) no later than **April 30, 2007.** All substantive provisions of the Initial Progression Order [12] remain in effect.

3. Counsel for the remaining parties shall contact my chambers (402-661-7340) no later than **April 25, 2007**, to schedule a planning conference for purposes of progressing the case to trial.

**DATED April 18, 2007.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**

---

[1] The parties were previously ordered to serve initial disclosures on or before May 5, 2006. Plaintiffs filed a Notice of Service [14] indicating that they have served initial disclosures. The record does not reflect that Liberty Mutual Fire Insurance Company has served its initial disclosures.