IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAUREN ELLINGSON, and<br>ANITA ELLINGSON,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, BALBOA LLOYDS INSURANCE COMPANY, and GMAC MORTGAGE CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:06CV243<br><br><br><br>ORDER |

The matter before the Court is the parties' joint Stipulation of Dismissal with Prejudice Against Some But Not All Defendants (Filing No. 30). The Court finds that the stipulation complies with Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice Against Some But Not All Defendants (Filing No. 30) is approved;

2. The Second Amended Complaint (Filing No. 17) is hereby dismissed with prejudice as to the Defendants Balboa Lloyds Insurance Company and GMAC Mortgage Corporation only; and

3. Each party shall pay its own costs as stated in the Stipulation of Dismissal with Prejudice Against Some But Not All Defendants.

DATED this 19th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge