## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAUREN ELLINGSON and ANITA ELLINGSON,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| | ) | **8:06CV243** |
| vs. | ) ) | |
| | ) | **ORDER** |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY,** | ) ) ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motion of Richard J. Gilloon and the law firm of Erickson Sederstrom, P.C. for leave to withdraw as counsel for GMAC Mortgage Corporation ("GMAC") and Balboa Lloyds Insurance Company, real name Balboa Insurance Company ("Balboa"). The claims against GMAC and Balboa were settled and have been dismissed with prejudice. Accordingly,

    **IT IS ORDERED** that the motion for leave to withdraw [34] is granted. The court will terminate the appearances of Richard J. Gilloon and the law firm of Erickson Sederstrom, P.C. and will cease further electronic notices to them in this matter. The withdrawal shall be effective upon filing a Notice of Withdrawal and serving copies on GMAC, Balboa, and the other parties to this action.

    **DATED April 25, 2007.**

                                                     **BY THE COURT:**

                                                   **s/ F.A. Gossett**
                                                   **United States Magistrate Judge**