IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAUREN ELLINGSON and ANITA ELLINGSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LIBERTY MUTUAL FIRE INSURANCE CO., )<br>)<br>Defendant. ) | Case No. 8:06CV243<br><br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Gail Perry, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **March 21, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for February 25, 2008, is cancelled upon the representation that this case is settled.

Dated this 20th day of February 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge