# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LAUREN ELLINGSON and ANITA ELLINGSON,** | ) ) ) | **CASE NO. 8:06CV243** |
| Plaintiffs, | ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| **LIBERTY MUTUAL FIRE INSURANCE CO.,** | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation and Motion to Dismiss. The Court finds that the joint stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation of Dismissal and Motion to Dismiss (Filing No. 47) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice;

3. The parties will pay their own costs and attorney fees; and

4. The Clerk's Office is directed to terminate all remaining motions in this case.

DATED this 10th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge